## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV07-0250-DOC(ANx)                     Date    August 18, 2008

Title    LA ASOCIACION DE TRABAJADORES DE LAKE FOREST, ET. AL., -V- CITY OF
         LAKE FOREST, ET. AL.,

---

Present: The            David O. Carter, U.S. District Judge
Honorable

| Kristee Hopkins | Deborah Parker | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Belinda Escobasda Helzer | Marc Ehrlich |
| Hector Villagra | S. Frank Harrell |
| | Jason McEwen |


Proceedings:    HEARING RE: STANDING


        Tentative ruling issued to counsel.

        The matter is called.  Counsel state their appearances.  Argument by counsel.  Court rules in
accordance with tentative. Order signed this date.


                                                              :      45

                              Initials of Preparer    kh

---