S. Frank Harrell, Esq. [State Bar #133437]
sharrell@lynberg.com
Jason M. McEwen, Esq. [State Bar #246787]
jmcewen@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
333 City Boulevard West, Suite 640
Orange, California 92868-5915
Tel: (714) 937-1010 Fax: (714) 937-1003

Attorneys for Defendants SANDRA HUTCHENS, DON BARNES, JAY LEFLORE, and CHRIS THOMPSON

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LA ASOCIACIÓN DE TRABAJADORES DE LAKE FOREST ("ATLF"), or WORKERS' ASSOCIATION OF LAKE FOREST; THE COLECTIVO TONANTZIN; and THE NATIONAL DAY LABORER ORGANIZING NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LAKE FOREST, et. al.<br><br>Defendants. | Case No. : SA CV 07-250 DOC (ANx)<br><br>**JUDGMENT FOR DEFENDANTS AGAINST PLAINTIFFS THE NATIONAL DAY LABORER ORGANIZING NETWORK and THE COLECTIVO TONANTZIN**<br><br>The Honorable Judge David O. Carter |

///

///

///

**1**
**JUDGMENT**

The hearing on Defendants' motion for summary judgment regarding standing came on regularly for hearing on August 18, 2008 in Courtroom 9-D of the United States District Court, Central District of California located at 411 4th Street, Santa Ana, California, the Honorable David O. Carter, presiding.  Plaintiffs, National Day Laborer Organizing Network, Colectivo Tonantzin, and La Asociacion De Trabajadores de Lake Forest ("Plaintiffs") appeared by attorneys Hector Villagra and Belinda Escabosa Helzer.  Defendants Sandra Hutchens, Donald Barnes, Jay LeFlore and Chris Thompson appeared by attorneys S. Frank Harrell and Jason M. McEwen of Lynberg & Watkins.  After considering the moving and opposing papers, as well as argument by the parties, the Court GRANTED Defendants' motion as to the National Day Laborer Organizing Network ("NDLON") and Colectivo Tonantzin and ruled that they lacked standing to maintain the lawsuit.

NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

Defendants Sandra Hutchens, Donald Barnes, Jay LeFlore, and Chris Thompson shall have Judgment in their favor as to Plaintiffs National Day Laborer Organizing Network ("NDLON") and Colectivo Tonantzin and that Plaintiffs, National Day Laborer Organizing Network and Colectivo Tonantzin shall take nothing by way of their operative complaint against Defendants.

Defendants shall recover from Plaintiffs National Day Laborer Organizing Network ("NDLON") and Colectivo Tonantzin, their costs of suit in accordance with applicable law; and that this matter be, and hereby is, dismissed as to Defendants with prejudice.

**IT IS SO ORDERED**.

Dated: December 8, 2008                    _____
                                            HON. DAVID O. CARTER
                                            United States District Court Judge